UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21519-CIV-GOLD/MCALILEY

CMA CGM (AMERICA), LLC,

    Plaintiff,

v.

PACKAGING CORPORATION OF AMERICA,

    Defendant.
_____/

### ORDER DISMISSING ACTION; CLOSING CASE

THIS CAUSE comes before the Court on the Notice of Voluntary Dismissal [DE 4] filed by Plaintiff on July 8, 2008.  In this Notice, Plaintiff voluntarily dismisses this action with prejudice.  The Defendant has not yet appeared in this case.  Having reviewed the Notice and the case file, I dismiss this case with prejudice and close this case.  it is hereby

ORDERED AND ADJUDGED that

1.    This case is DISMISSED with prejudice.

2.    This case is CLOSED.

3.    All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 10th day of July, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record